# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                               )<br>              Plaintiff,      )<br>                               )<br>vs.                            )<br>                               )<br>ROUBEN KIRAKOSSIAN,            )<br>                               )<br>              Defendant.      )<br>_____) | Case No. 2:04-cr-00177-GMN-PAL<br><br>**ORDER**<br><br>(Mot. Discl. Grand Jury Info - Dkt. #342) |

Before the court is the United States' Motion to Disclose Grand Jury Matters Pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i) (Dkt. #342). Defendant Rouben Kirakossian entered a plea of guilty January 13, 2013, and is awaiting sentencing. The United States seeks an order allowing it to disclose grand jury matters to address issues raised in Defendant's May 7, 2013, Sentencing Memorandum requesting a downward variance from the Sentencing Guidelines. The United States represents that the testimony of certain witnesses who appeared before the grand jury is probative of the nature and circumstances and seriousness of Defendant's offense in this case, and Defendant's history, and characteristics. Rule 6(e) specifically authorizes disclosure of grand jury matters in connection with a judicial proceeding. The United States therefore requests authorization to disclose grand jury matters preliminary to and in connection with Defendant's sentencing for purposes of responding to Defendant's Sentencing Memorandum.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The United States' Motion to Disclose Grand Jury Matter (Dkt. #345) is **GRANTED**.

/ / /

/ / /

2. The United States shall serve counsel for Defendant Kirakossian with a complete transcript of the testimony of the witnesses the United States intends to rely upon to rebut the positions taken in Defendant's Sentencing Memorandum.

Dated this 16th day of May, 2013.

_____
Peggy A. Leen
United States Magistrate Judge